(100 App. Div. 509)

### RIOLA v. NEW YORK CENT. & H. R. R. CO.

(Supreme Court, Appellate Division, Fourth Department.  December 7, 1904.)

Motion to amend order.  Granted.

For former opinion, see 89 N. Y. Supp. 945.

PER CURIAM.  Motion to amend order heretofore entered herein granted, and order amended so as to read:  Order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only, the facts having been examined, and no error found therein.